UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EAST DIST-WI
2020 OCT 20 P 4 24
CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCHELL R. CROWE,

    Defendant.

Case No. 20-CR-**20-CR-187**

[18 U.S.C. §§ 113(a)(6) and 1153(a)]

**Green Bay Division**

## INDICTMENT

### THE GRAND JURY CHARGES THAT:

On or about June 25, 2020, in the State and Eastern District of Wisconsin, and within the boundaries of the Menominee Indian Reservation,

### MITCHELL R. CROWE,

being a Native American Indian, assaulted another, John Doe, by kicking him in the head, causing John Doe serious bodily injury.

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153(a).

A TRUE BILL:

_____
FOREPERSON
Dated: 10-20-2020

_____
MATTHEW D. KRUEGER
United States Attorney